2009-33986
FILED
December 23, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003124291

Thomas A. Aceituno
PO Box 189
Folsom, CA 95763-0189
Telephone: (916) 985-6486
e-mail: trustee@acetrustee.com

Bankruptcy Trustee

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In Re,

RIFFICE, ERIC PAUL

RIFFICE, LORI JONAS

    Debtor(s)

Case No. 09-33986-C-7

DCN: TAA-1
DATE: December 7, 2010
TIME: 9:30 AM
DEPT.: C

## ORDER ON MOTION FOR SALE OF ASSETS

The court having reviewed the motion filed herein, receiving no opposition thereto and after consideration of overbids offered at hearing, hereby grants the motion as follows:

1. The Trustee is authorized to sell the estate's interest in that Promissory Note executed May 15, 2003 by Stephen M. Gonyea and Trust Deed dated May 15, 2003 to Abdenour Achab and Equity Trust Company Custodian FBO Abdenour Achab Roth IRA, or their respective designees, for the sum of thirty thousand dollars ($30,000.00). Full payment is due within ten (10) business days of the date of entry of an order approving this sale.

RECEIVED
December 07, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003124291

2. If Abdenour Achab and Equity Trust Company Custodian FBO Abdenour Achab Roth IRA fail to provide full payment to the Trustee within ten business days of the date of entry of this order approving the sale, then the Trustee is authorized to sell the estate's interest in that Promissory Note executed May 15, 2003 by Stephen M. Gonyea and Trust Deed dated May 15, 2003 to Reed Geisreiter for the sum of twenty-eight thousand dollars ($28,000.00). Full payment by Mr. Geisreiter will be due within 10 days of the date of written notice by the Trustee to him of his right to purchase the asset.

3. The Trustee is authorized to execute all documents necessary to conclude the sale.

Dated: December 23, 2010

_____
United States Bankruptcy Judge